UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EARON DREVON DAVIS,<br><br>Plaintiff,<br><br>v.<br><br>ACEF-MARTIN FOLSOM LLC,<br><br>Defendant. | No. 2:23-cv-03000-DC-SCR (PS)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(ECF Nos. 6, 17, 20, 23, 28) |

    Plaintiff is proceeding *pro se* and *in forma pauperis* in this action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1).

    On May 16, 2025, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 28.) On May 20, 2025, Plaintiff filed objections to the findings and recommendations. (ECF No. 29.) Plaintiff's objections do not provide a basis upon which to reject the findings and recommendations.

    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, including Plaintiff's objections, the court finds the findings and recommendations are supported by the record and by proper analysis.

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed May 16, 2025, are ADOPTED in full;

2. Plaintiff's second amended complaint (ECF No. 15) is dismissed without further leave to amend because his federal claims fail to state a claim and/or are frivolous under the screening required by 28 U.S.C. § 1915(e)(2)(B);

3. Plaintiff's motion for immediate judgment (ECF No. 17) is DENIED;

4. Plaintiff's motion for default judgment (ECF No. 20) is DENIED;

5. Defendant's motion to dismiss (ECF No. 6) and renewed motion to dismiss (ECF No. 23) are DENIED as moot; and

6. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **September 11, 2025**

Dena Coggins
United States District Judge

2